UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DENISE SANCHEZ,

Defendant.

**ORDER**

18 Cr. 790 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that trial in this matter will begin on **Monday, February 10, 2020 at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Motions in limine, proposed voir dire, and requests to charge are due on **January 13, 2020**. Any responsive papers are due on **January 27, 2020**.

It is further ORDERED that there shall be a status conference in this matter on **Thursday, December 19, 2019 at 2:30 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York

Dated: New York, New York
November 20, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge