UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DENISE SANCHEZ,

                    Defendant.

**ORDER**

18 Cr. 790 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that Defendant will produce any expert report by

**December 31, 2019**, and the Government will produce its expert report by **January 7, 2020**.

Dated:  New York, New York
        December 19, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge