LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

January 12, 2020

**BY EMAIL & ECF**
The Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Denise Sanchez, 18 Cr. 790 (PGG)**

Dear Judge Gardephe:

I represent Denise Sanchez in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.

I write, without objection from the Government, to request a one-week extension to file Requests to Charge, Proposed Voir Dire and Motions in Limine, which are due tomorrow, January 13, 2020. The parties are in serious discussions regarding a resolution of this case and may reach one by the end of the week. In light of the February 10th trial date, we are not seeking to change the deadline for responses, which is scheduled for January 27, 2020.

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti
*Attorney for Denise Sanchez*

cc:   AUSA Elizabeth Espinosa
      AUSA Rushmi Bhaskaran

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

Paul G. Gardephe, U.S.D.J.

Dated: Jan. 13, 2020