UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DENISE SANCHEZ,

                Defendant.

**ORDER**

18 Cr. 790 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      It is hereby ORDERED that there will be a telephone conference in this matter on **January 17, 2020 at 1:30 p.m**. Once counsel and Defendant are on the line, they should contact Chambers at 212-805-0224.

Dated:  New York, New York
         January 16, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge