UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

DENISE SANCHEZ,

                Defendant.

**ORDER**

18 Cr. 790 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the trial in this matter scheduled to begin on February 10, 2020 is adjourned to **Monday, March 2, 2020 at 9:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York. Motions in limine, proposed voir dire, and requests to charge are due on **February 17, 2020**. Any responsive papers are due on **February 24, 2020**.

Dated: New York, New York
       January 17, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge