UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>-against-<br><br>DENISE SANCHEZ,<br><br>                Defendant. | **ORDER**<br><br>(S1) 18 Cr. 790 (PGG-2) |

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the sentencing of Defendant will take place on **June 16, 2020 at 4:00 p.m.** Any submissions on behalf of the Defendant are due on **May 26, 2020**, and any submission by the Government is due on **June 2, 2020.**

        It is further ORDERED that the Probation Department prepare a presentence investigation report for the Defendant.

Dated: New York, New York
       February 19, 2020

SO ORDERED.

_Paul G. Gardephe_
_____
Paul G. Gardephe
United States District Judge