UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

DENISE SANCHEZ,

                Defendant.

**ORDER**

(S1) 18 Cr. 790 (PGG-2)

PAUL G. GARDEPHE, U.S.D.J.:

        It is hereby ORDERED that the sentencing of Defendant currently scheduled for **June 16, 2020** is adjourned to August 12, 2020 at 10:00 a.m.

Dated:  New York, New York
         June 10, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge