UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

-against-

DENISE SANCHEZ,

                Defendant.

**ORDER**

(S1) 18 Cr. 790 (PGG-2)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the sentencing of Defendant currently scheduled for August 12, 2020 at 10:00 a.m will take place by telephone.

    The parties are directed to dial 888-363-4749 to participate, and to enter the access code 6212642.  The press and public may obtain access to the telephone conference by dialing the same number and using the same access code.  No later than **August 7, 2020**, the parties must email GardepheNYSDChambers@nysd.uscourts.gov with the phone numbers that the parties will be using to dial into the conference so that the Court knows which numbers to un-mute.  The email should include the case name and case number in the subject line.

Dated:  New York, New York
       July 21, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge