LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

March 26, 2021

**BY ECF**
The Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Denise Sanchez, 18 Cr. 790 (PGG)**

Dear Judge Gardephe:

I represent Denise Sanchez in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.

A status conference has been scheduled in this matter for April 8, 2021 at 12:15pm. I am unavailable at that time. After conferring with the Government, the parties are available on April 5th (afternoon), April 7th (morning), April 8th (after 2 p.m.) or April 9th (afternoon) or the following week at a date and time convenient for the Court.

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti

cc: AUSA Elizabeth Espinosa
    AUSA Rushmi Bhaskaran

The conference scheduled for April 8, 2021 is adjourned to **April 14, 2021 at 12:00 p.m.**

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge

Dated: April 1, 2021