LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

**MEMO ENDORSED:**
By **September 1, 2021**, the Government will respond to Defendant's request to dismiss the proceedings against her.

SO ORDERED.

*/s/ Paul G. Gardephe*

Paul G. Gardephe
United States District Judge
Dated: August 26, 2021

August 20, 2021

**BY EMAIL & ECF**
The Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Denise Sanchez, S1 18 Cr. 790 (PGG)**

Dear Judge Gardephe:

    As the Court is aware, I represent Denise Sanchez in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.

    On February 18, 2020, Ms. Sanchez pleaded guilty pursuant to a superseding misdemeanor information, charging her with intentionally and knowingly possessing a detectable amount of cocaine base, in violation of 21 U.S.C. § 844(a). Ms. Sanchez was sentenced on August 12, 2020 to a one-year period of "pre-judgment" probation, without entering a judgment of conviction, pursuant to 18 U.S.C. § 3607.

    Ms. Sanchez recently completed her term of probation, and the Department of Probation has recommended termination. As such, I respectfully request, pursuant to 18 U.S.C. § 3607, that the Court dismiss the proceedings against Ms. Sanchez and discharge her from probation.

    Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti, Esq.
