UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.                                        **ORDER**

DENISE SANCHEZ,                           18 Cr. 790 (PGG)

                    Defendant.

PAUL G. GARDEPHE, U.S.D.J.:

        On August 12, 2020, this Court sentenced Defendant Denise Sanchez to one year

of probation without a judgment of conviction first being entered, pursuant to 18 U.S.C. § 3607.

(Probation Order (Dkt. No. 105))  The Probation Order provided that, if the Defendant

completed her term of probation without violating any conditions of her probation, she would be

discharged from probation and the case against her would be dismissed.  (Id.)

        Defendant completed her term of probation on August 11, 2021.  On August 20,

2021, Defendant submitted a letter requesting "that the Court dismiss the proceedings against

Ms. Sanchez and discharge her from probation."  (Aug. 20, 2021 Def. Ltr. (Dkt. No. 112))

        In a September 1, 2021 letter, the Government states that it "does not oppose the

defendant's application to dismiss the proceedings and discharge the defendant from probation."

(Sept. 1, 2021 Govt. Ltr (Dkt. No. 114))

        Accordingly, all charges against Defendant Sanchez are dismissed and she is

discharged from probation.

Dated:  New York, New York         SO ORDERED.
          September 2, 2021

                                   _____
                                   Paul G. Gardephe
                                   United States District Judge