LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

MEMO ENDORSED:
The application is granted. Pretrial Services is directed to release Defendant Sanchez's passport.

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge

Dated: September 9, 2021

September 7, 2021

**BY ECF**
The Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Denise Sanchez, S1 18 Cr. 790 (PGG)**

Dear Judge Gardephe:

As the Court is aware, I represent Denise Sanchez in the above-referenced matter, having been appointed pursuant to the provisions of the Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A.

On February 18, 2020, Ms. Sanchez pleaded guilty pursuant to a superseding misdemeanor information, charging her with intentionally and knowingly possessing a detectable amount of cocaine base, in violation of 21 U.S.C. § 844(a). Ms. Sanchez was sentenced on August 12, 2020 to a one-year period of "pre-judgment" probation, without entering a judgment of conviction, pursuant to 18 U.S.C. § 3607. On September 2, 2021, the Court dismissed all charges against Ms. Sanchez and discharged her from probation.

Now that Ms. Sanchez's case has concluded, I write to respectfully request that the Court enter an order directing Pretrial Services to return Ms. Sanchez's passport to her. Her passport was seized at the time of her arrest. It is the policy of Pretrial Services to return a seized passport to the issuing department unless the Court orders its return. Since her case has concluded, I respectfully request that Ms. Sanchez's passport be released to her.

Thank you for your consideration.

Respectfully submitted,

/s/

Anthony Cecutti, Esq.